UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JALITA SMITH** | \* | **CIVIL ACTION N. 2:16-CV-15162** |
| **VERSUS** | \* | **JUDGE IVAN L.R. LEMELLE** |
| **KIPP NEW ORLEANS, INC. and SARAH BETH GREENBERG** | \* | **MAGISTRATE KAREN WELLS ROBY** |
| | \* | |

### JOINT STIPULATION OF DISMISSAL

**NOW INTO COURT**, come Plaintiff, Jalita Smith, and Defendants, Sarah Beth Greenberg and KIPP New Orleans, Inc., through their respective counsel and hereby announce to the Court that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure they are dismissing the present suit in its entirety with prejudice, each party to bear its own costs and attorney's fees.

Because this Stipulation is being filed pursuant to Rule 41(a)(1)(A)(ii), no Court order is required or requested. The parties consider this entire matter closed and request that the court take appropriate action to remove this case from its docket by dismissing it with prejudice.

00034199.WPD;1

Respectfully submitted:

LOWE, STEIN, HOFFMAN, ALLWEISS
  &amp; HAUVER, LLP


*/s/ MELANIE C. LOCKETT*
**MICHAEL R. ALLWEISS (#2425)**
**MARYNELL L. PIGLIA (#20329)**
**MELANIE C. LOCKETT (#30601)**
701 Poydras Street - Suite 3600
New Orleans, Louisiana  70139-7735
Telephone:  (504) 581-2450
Facsimile:  (504) 581-2461
Email:     mlockett@lowestein.com
**COUNSEL FOR JALITA SMITH**


*/s/ CARL E. HELLMERS, III*
Carl E. Hellmers, III (25705)
Heather McArthur (32897)
FRILOT L.L.C.
1100 Energy Centre, Suite 3700
New Orleans, LA  70163
Telephone:  (504) 599-8000
Facsimile:  (504) 599-8100
Email:     chellmers@frilot.com
          hmcarthur@frilot.com
**COUNSEL FOR DEFENDANTS**
**KIPP NEW ORLEANS, INC. and**
**SARAH BETH GREENBERG**

00034199.WPD;1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 2nd day of May, 2017.

*/s/ MELANIE C. LOCKETT*

00034199.WPD;1